**Copyrights-In-Suit for IP Address 67.149.158.6**

**ISP:** WideOpenWest
**Location:** Sterling Heights, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/28/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/27/2013 |
| Angel Seaside Romp | PA0001771528 | 01/04/2012 | 01/06/2012 | 04/09/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/07/2013 |
| Backdoor Lover | PA0001785958 | 08/03/2011 | 04/09/2012 | 10/28/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 05/19/2012 |
| Casual Sex | PA0001820857 | 10/31/2012 | 01/13/2013 | 04/07/2013 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 04/12/2013 |
| Daddys Office | PA0001776838 | 11/12/2010 | 02/21/2012 | 10/28/2012 |
| Deep Inside Caprice | PA0001776837 | 04/13/2011 | 02/21/2012 | 03/25/2012 |
| Her First Threesome | PA0001791349 | 07/27/2011 | 05/25/2012 | 04/12/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/12/2013 |
| Just the Two of Us | PA0001781672 | 11/18/2011 | 03/18/2012 | 01/26/2013 |
| Kristen Girl Next Door | PA0001762076 | 08/25/2010 | 11/18/2011 | 10/28/2012 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 04/08/2013 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 04/07/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 10/28/2012 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 01/27/2013 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 05/19/2012 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 04/07/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 04/07/2013 |

EXHIBIT B

NEMI69

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 04/12/2013 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 04/12/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 04/12/2013 |
| Stay With Me | PA0001780465 | 10/28/2011 | 03/10/2012 | 04/07/2013 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 04/07/2013 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 04/09/2013 |
| Tiffany Teenagers In Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 05/19/2012 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 01/26/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 04/07/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 04/07/2013 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 04/07/2013 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/28/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  33**

EXHIBIT B

NEMI69