**Expanded Surveillance of IP Address 67.149.158.6**

**ISP:** WideOpenWest
**Location:** Sterling Heights, MI

| Hit Date  UTC | Filename |
|---|---|
| 04/28/2013 | 10.04.12.x-art_francesca_capri_just_the_two_of_us_hd.wmv |
| 04/28/2013 | X-Art.com_13.04.26.Capri.Green.Eyes.XXX.iMAGESET-P4L[rarbg] |
| 04/23/2013 | Arbitrage.2012.LIMITED.1080p.BluRay.x264-REFiNED [PublicHD] |
| 04/22/2013 | In Time (2011) [1080p] |
| 04/22/2013 | Arbitrage.2012.Bluray.1080p.DTS-HD.x264-Grym |
| 04/22/2013 | Aha Singles |
| 04/15/2013 | Exploited College Girls - Paige |
| 04/15/2013 | ecg_stacy.wmv |
| 04/13/2013 | x-art_kaylee_kyle_i_love_x-art_720.mp4 |
| 04/13/2013 | X-Art - DP Double Pleasure (Erica) - 1080p |
| 04/13/2013 | [X-Art] Her First Threesome - Stacy, Erica and Angelo [1080p].mov |
| 04/13/2013 | X-Art - Baby (Everlasting Friendship) 11.04.2013 |
| 04/13/2013 | The Triangle |
| 04/11/2013 | NubileFilms.12.10.08.April.Oneil.And.Sara.Jaymes.A.Sweet.Taste.XXX.1080p.MP4-KTR[rbg] |
| 04/09/2013 | Daddy Yankee - Rompe - digitaldj.proboards52.com |
| 04/09/2013 | x-art_angel.YY.seaside_romp_540.mov |
| 04/09/2013 | Lula.3D.German_DVD |
| 04/09/2013 | x-art_baby_susie_then_they_were_three_540.wmv |
| 04/08/2013 | [X-Art] Late Night - Carmen [1080p].mov |
| 04/08/2013 | Godspeed You Black Emperor! - Yanqui U.X.O [192] (2002) RH |
| 04/08/2013 | X-Art - Wet Dream - Ivy [1080p].mov |

EXHIBIT C

NEMI69

| Hit Date UTC | Filename |
|---|---|
| 04/08/2013 | prnfle1590x.mov |
| 04/08/2013 | X-Art - Little Lover - Angel [1080p].mov |
| 04/07/2013 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 04/07/2013 | X-Art - Ready for Bed - Lexi Belle [1080p].mp4 |
| 04/07/2013 | X-Art - Tuesday Morning - Tiffany F [1080p].mov |
| 04/07/2013 | 1989 - Tales Of Creation (Remastered) |
| 04/07/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 04/07/2013 | Le Monde fantastique d'Oz (2013).FRENCH.DVD.Rip.XviD....C.I.N.E |
| 04/07/2013 | X-Art.13.04.07.Gianna.Apartment.Number.Four.XXX.1080p.MOV-KTR[rarbg] |
| 03/31/2013 | Paige.20.year.old.ExploitedCollegeGirls.2013_iyutero.com.wmv |
| 03/14/2013 | Girls Do Porn |
| 03/08/2013 | [HKGandEMD][Rosario_Vampire][DVDRip][Vol.2] |
| 03/05/2013 | The.Vampire.Diaries.S03E13.720p.WEB-DL.DD5.1.H.264-KiNGS.mkv |
| 03/04/2013 | [ www.Torrenting.com ] - The.Colbert.Report.2013.02.20.David.Goldhill.720p.HDTV.x264-LMAO |
| 03/01/2013 | ktr.gdp.e170.18.years.old.wmv |
| 01/27/2013 | Connective |
| 01/27/2013 | X Art - A Little Rain Must Fall |
| 01/27/2013 | X-Art - Susie , Angie (Dream Come True) |
| 01/27/2013 | [eBook PDF] English Grammar In Use - Intermediate - second edition 1994 - Raymond Murphy (Cambridge University Press) [study learn English language].pdf |
| 01/27/2013 | Microsoft ASP.NET Fast and Easy Web Development 2002.pdf |
| 01/27/2013 | X-Art - Addison (Positively In Love) |
| 01/26/2013 | Tom Lehrer -  That Was the Year That Was |
| 01/26/2013 | GirlsDoPorn 19 Year Old  E192 |
| 01/26/2013 | X-Art -Silvie (Transcendence) |

EXHIBIT C

NEMI69

| Hit Date UTC | Filename |
|---|---|
| 01/26/2013 | X-Art - Ivy (Wet Dream) |
| 12/31/2012 | Bull, Emma  - War For the Oaks |
| 12/30/2012 | FTV - 2012-04-14 - Alaura - Innocent But Naughty |
| 12/22/2012 | X ART Then There Were Three 1080 HQ |
| 11/18/2012 | X.Art.Susie.Vacation.Fantasy.XXX.pornalized.wmv |
| 10/28/2012 | X-Art - Kristen (Girl Next Door) 720p |
| 10/28/2012 | X-Art - Ibiza Love - Gianna [1080p].mp4 |
| 10/28/2012 | xxx21.mov |
| 10/28/2012 | X-Art  A Day to Remember  Baby |
| 10/28/2012 | prnfle658x.mov |
| 10/28/2012 | X-Art - Emma and Francesca (Daddys Office) |
| 10/28/2012 | x-art_cindy_morning_memories_1080.mov |
| 10/28/2012 | Marvel's The Avengers 2012 BRRip XviD-Apa |
| 10/28/2012 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 10/28/2012 | [X-Art] - The Ultimate Blowjob - Sam, Marie [1080p] |
| 08/16/2012 | Mira.Exploited.College.Girls.2012_iyutero.com.wmv |
| 08/03/2012 | Adele - Discography (Complete) [2008 - 2011] |
| 07/23/2012 | ExploitedCollegeGirls -  Cami |

2:13-cv-12197-GAD-PJK   Doc # 1-3   Filed 05/17/13   Pg 3 of 3   Pg ID 14

EXHIBIT C

NEMI69