UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media LLC,

                            Plaintiff(s),

v.                                                  Case No. 2:13−cv−12197−GAD−PJK
                                                  Hon. Gershwin A. Drain

John Doe subscriber assigned
IP address 67.149.158.6, et al.,

                            Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 123, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  October 31, 2013 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/T Bankston
                                                              Case Manager

Dated:   October 30, 2013