INDEX OF EXHIBITS

| Identifier | Title |
| --- | --- |
| A | Plaintiff's Answers to IP 24.14.81.195's to First Set of Interrogatories |
| B | Plaintiff's Answers to Michael Harrison's First Set of Interrogatories |
| C | Show Cause Order of Hon. Geraldine S. Brown |