UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, L.L.C.,

       Plaintiff,

                            CASE NO. 2:13-CV-12197
                            JUDGE GERSHWIN A. DRAIN
                            MAGISTRATE JUDGE PAUL J. KOMIVES

  v.

JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 67.149.158.6 and
JASON PONTELLO,

       Defendants.
_____/

### ORDER DEEMING RESOLVED DEFENDANT'S APRIL 7, 2014 MOTION TO COMPEL PLAINTIFF TO PROVIDE FULL AND COMPLETE RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS (Doc. Ent. 22)

      Currently before the Court is defendant Pontello's April 7, 2014 motion to compel plaintiff to provide full and complete responses to defendant's first set of interrogatories and document requests. Doc. Ent. 22. Judge Drain has referred this motion to me for hearing and determination. Doc. Ent. 24.

      Plaintiff filed a response on April 28, 2014. Doc. Ent. 28. On May 20, 2014, defendant submitted a statement of unresolved issues. On May 23, 2014, plaintiff filed a statement of resolved/unresolved discovery issues. Doc. Ent. 35.

      A hearing was noticed for May 29, 2014. Doc. Ent. 34. On May 28, 2014, the parties stipulated to adjourn the hearing until June 3, 2014 (Doc. Ent. 36), and my case manager renoticed the hearing for June 3, 2014 (Doc. Ent. 37).

      On the date set for hearing, attorneys Paul J. Nicoletti and John T. Hermann appeared. A

hearing was not held, and the parties were to submit a stipulation and order.

On June 9, 2014, plaintiff filed a stipulated protective order.  Doc. Ent. 38.  On June 11, 2014, Judge Drain entered a stipulated protective order.  Doc. Ent. 39

On June 17, 2014, defense counsel (John T. Hermann) informed my case manager that entry of the stipulated protective order (Doc. Ent. 39) resolves defendant's April 7, 2014 motion (Doc. Ent. 22).  Therefore, defendant Pontello's April 7, 2014 motion to compel plaintiff to provide full and complete responses to defendant's first set of interrogatories and document requests (Doc. Ent. 22) is DEEMED RESOLVED.

IT IS SO ORDERED.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).


Dated: June 17, 2014			s/ Paul J. Komives
					PAUL J. KOMIVES
					UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on June 18, 2014, electronically and/or by U.S. Mail.

					s/Michael Williams
					Case Manager for the
					Honorable Paul J. Komives