UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

                              Case No. 13-12197
                              HON. GERSHWIN A. DRAIN

v.


JASON PONTELLO,

        Defendant.

_____/

## ORDER DENYING PLAINTIFF'S SECOND MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY [#43]

        On May 17, 2013, Plaintiff, Malibu Media ("Malibu"), filed the present action against Defendant, Jason Pontello ("Pontello"), alleging copyright infringement based on unauthorized copying of Malibu's motion pictures in violation of the United States Copyright Act of 1976, *as amended*, 17 U.S.C. §§ 101 *et seq.* ("Copyright Act"). Presently before the Court is Plaintiff's Second Motion for Enlargement of Time to Complete Discovery [#43], filed on June 30, 2014. Upon review of Plaintiff's briefing, this Court DENIES Malibu's Motion.

        SO ORDERED

Dated: July 8, 2014                    /s/ Gershwin A. Drain_____
                              GERSHWIN A. DRAIN
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 8, 2014, by electronic and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk