**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        Civil Action No.  2:13-cv-12197-GAD-PJK

JASON PONTELLO,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JASON PONTELLO**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Jason Pontello ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  Jason Pontello was assigned the IP address 67.149.158.6.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Jason Pontello has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  July 17, 2014

                                                Respectfully submitted,

                                                By:    /s/ *Paul J. Nicoletti*
                                                Paul J. Nicoletti
                                                pauljnicoletti@gmail.com
                                                NICOLETTI LAW, PLC
                                                33717 Woodward Avenue, Suite #433
                                                Birmingham, Michigan 48009
                                                Phone:  (248) 203-7800
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti